# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3431
_____

Janet Y. Taylor

*Plaintiff - Appellant*

v.

Janet L. Yellen, Secretary Department of the Treasury

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: August 5, 2024
Filed: August 7, 2024
[Unpublished]

_____

Before KELLY, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this employment discrimination action, Janet Y. Taylor appeals the district court's[1] adverse partial grant of summary judgment, subsequent adverse grant of

_____

[1] The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

judgment as a matter of law (JAML) on the remaining claims, and denial of her motion for new trial.  After careful review of the record and the parties' arguments on appeal, we conclude that the partial grant of summary judgment was proper.  See Collins v. Kansas City Mo. Pub. Sch. Dist., 92 F.4th 770, 771 (8th Cir. 2024) (reviewing grant of summary judgment de novo).  We further conclude the district court did not err in its adverse grant of JAML on Taylor's remaining claims, and did not abuse its discretion in denying Taylor's motion for new trial, see Jacobsen Warehouse Co. v. Schnuck Mkts., Inc., 13 F.4th 659, 674 (8th Cir. 2021) (reviewing grant of JAML de novo and denial of motion for new trial for clear abuse of discretion).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____